# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

GERALD DUKE DAIGLE

VERSUS

LIBERTY MUTUAL FIRE
INSURANCE COMPANY, CIRCLE
BOWL, INC., MALCO THEATERS,
INC. AND MALCO VENTURES,
L.L.C.

NO.   2021 CW 0829

**OCTOBER 1, 2021**

---

In Re:    Gerald Duke Daigle, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 676097.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.**

                    **PMc**
                    **JEW**
                    **MRT**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT